IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
|    Arlo H. Hall | ) | |
|    Bynetta R. Hall | ) | CASE NO.: 17-12667 |
| | ) | JUDGE PRICE SMITH |
| | ) | |
|    Debtor | ) | **OBJECTION TO NOTICE OF** |
| | ) | **MORTGAGE PAYMENT CHANGE** |

     Now comes the Debtors and object to the Notice of Mortgage Payment Change filed by Mr. Cooper on behalf of US Bank, NA. The Notice of Mortgage Payment Change, indicates that the Debtor's property taxes are doubling to $6,910.93, when in fact, the Debtor's property taxes are $6,752.82 (See current tax bill attached). Moreover, the Debtor's escrow for property taxes has been approximately $7,000.00 per year. Based on a calculation error, the creditor wishes to add $1,114.30 to the debtor's monthly payment. As such, the Debtor objects to this Notice of Mortgage Payment Change.

                                          Respectfully Submitted:

                                          /s/ Jonathan I. Krainess
                                          Jonathan I. Krainess (0073093)
                                          Krainess Law Firm, LLC
                                          23366 Commerce Park, Suite 101-A
                                          Beachwood, OH 44122
                                          Tel: 216-320-4357
                                          Fax: 216-320-8000
                                          jkrainess@sbcglobal.net

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on April 6, 2020, a true and correct copy of the above Objection was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
-Jonathan I. Krainess, on behalf of Samuel L. Feldman, Debtor, at jkrainess@sbcglobal.net
-Lauren A. Helbling, Chapter 13 Trustee, at Ch13trustee@ch13cleve.com;
-Christopher Giacinto, Esq. on behalf of Mr. Cooper/US Bank, NA at bkcrm@padgettlawgroup.com;

                                                            /s/ Jonathan I. Krainess
                                                            Jonathan I. Krainess, Esq.

| Primary Owner | HALL, ARLO & BYNETTA |
|---|---|
| Property Address | 150 Creekside DR CLEVELAND,OH 44125 |
| Tax Mailing Address | LERETA 1123 S PARKVIEW DR COVINA, CA 91724 |
| Legal Description | TR 1 3 SL 24G FF 54.71 170.97D 0.172AC Valley Ranch Estates Resub |
| Property Class | SINGLE FAMILY DWELLING |
| Parcel Number | 543-39-066 |
| Taxset | Garfield Hts. |
| Tax Year | 2019 |

### Assessed Values
| | |
|---|---|
| Land Value | $8,650 |
| Building Value | $47,530 |
| Total Value | $56,180 |
| Homestead Value | $ |

### Half Year Charge Amounts
| | |
|---|---|
| Gross Tax | $3,783.44 |
| Less 920 Reduction | $211.95 |
| Sub Total | $3,571.49 |
| 10% Reduction Amount | $336.55 |
| Owner Occupancy Credit | $.00 |
| Homestead Reduction Amount | $.00 |
| Total Assessments | $141.47 |
| Half Year Net Taxes | $3,376.41 |

### Market Values
| | |
|---|---|
| Land Value | $24,700 |
| Building Value | $135,800 |
| Total Value | $160,500 |

### Rates
| | |
|---|---|
| Full Rate | 134.69 |
| 920 Reduction Rate | .05602 |
| Effective Rate | 127.144652 |

### Flags
| | |
|---|---|
| Owner Occupancy Credit | N |
| Homestead Reduction | N |
| Foreclosure | N |
| Cert. Pending | N |
| Cert. Sold | N |
| Payment Plan | N |

### Escrow
| | |
|---|---|
| Escrow | N |
| Payment Amount | $.00 |

| | Charges | Payments | Balance Due |
|---|---|---|---|
| Tax Balance Summary | $6,752.82 | $3,376.41 | $3,376.41 |

### 2019 (pay in 2020) Charge and Payment Detail

| Taxset | Charge Type | Charges | Payments | Balance Due |
|---|---|---|---|---|
| **Garfield Hts.** | | | | |
| | 1st half tax | $3,234.94 | $3,234.94 | $.00 |
| | 1ST HALF BALANCE | $3,234.94 | $3,234.94 | $.00 |
| | 2nd half tax | $3,234.94 | $.00 | $3,234.94 |
| | 2ND HALF BALANCE | $3,234.94 | $.00 | $3,234.94 |
| **C100300-Sewer Maintenance** | | | | |
| | 1st half tax | $60.50 | $60.50 | $.00 |
| | 1ST HALF BALANCE | $60.50 | $60.50 | $.00 |
| | 2nd half tax | $60.50 | $.00 | $60.50 |
| | 2ND HALF BALANCE | $60.50 | $.00 | $60.50 |
| **M284192O-GARBAGE COLLECTION GARFIELD HE** | | | | |
| | 1st half tax | $72.00 | $72.00 | $.00 |
| | 1st half SPA fee | $.72 | $.72 | $.00 |
| | 1ST HALF BALANCE | $72.72 | $72.72 | $.00 |
| | 2nd half SPA fee | $.72 | $.00 | $.72 |
| | 2nd half tax | $72.00 | $.00 | $72.00 |
| | 2ND HALF BALANCE | $72.72 | $.00 | $72.72 |
| **C100300S-SEWER MAINTENANCE** | | | | |
| | 1st half tax | $8.25 | $8.25 | $.00 |
| | 1ST HALF BALANCE | $8.25 | $8.25 | $.00 |
| | 2nd half tax | $8.25 | $.00 | $8.25 |
| | 2ND HALF BALANCE | $8.25 | $.00 | $8.25 |

| | Charges | Payments | Balance Due |
|---|---|---|---|
| Total Balance | $6,752.82 | $3,376.41 | $3,376.41 |

*Taxes are updated within the hour

| | | |
|---|---|---|
| Primary Owner | HALL, ARLO & BYNETTA | |
| Property Address | 150 Creekside DR CLEVELAND,OH 44125 | |
| Tax Mailing Address | CORELOGIC 2500 WESTFIELD DR ELGIN, IL 60124 | |
| Legal Description | TR 1 3 SL 24G FF 54.71 170.97D 0.172AC Valley Ranch Estates Resub | |
| Property Class | SINGLE FAMILY DWELLING | |
| Parcel Number | 543-39-066 | |
| Taxset | Garfield Hts. | |
| Tax Year | 2016 | |

### Assessed Values
| | |
|---|---|
| Land Value | $5,880 |
| Building Value | $52,430 |
| Total Value | $58,310 |
| Homestead Value | $ |

### Market Values
| | |
|---|---|
| Land Value | $16,800 |
| Building Value | $149,800 |
| Total Value | $166,600 |

### Flags
| | |
|---|---|
| Owner Occupancy Credit | N |
| Homestead Reduction | N |
| Foreclosure | N |
| Cert. Pending | N |
| Cert. Sold | N |
| Payment Plan | N |

### Half Year Charge Amounts
| | |
|---|---|
| Gross Tax | $4,157.21 |
| Less 920 Reduction | $105.26 |
| Sub Total | $4,051.95 |
| 10% Reduction Amount | $381.80 |
| Owner Occupancy Credit | $.00 |
| Homestead Reduction Amount | $.00 |
| Total Assessments | $127.72 |
| Half Year Net Taxes | $3,797.87 |

### Rates
| | |
|---|---|
| Full Rate | 142.59 |
| 920 Reduction Rate | .025319 |
| Effective Rate | 138.979759 |

### Escrow
| | |
|---|---|
| Escrow | N |
| Payment Amount | $.00 |

| | Charges | Payments | Balance Due |
|---|---|---|---|
| Tax Balance Summary | $7,595.74 | $7,595.74 | $.00 |

### 2016 (pay in 2017) Charge and Payment Detail

| Taxset | Charge Type | Charges | Payments | Balance Due |
|---|---|---|---|---|
| **Garfield Hts.** | | | | |
| | 1st half tax | $3,670.15 | $3,670.15 | $.00 |
| | 1ST HALF BALANCE | $3,670.15 | $3,670.15 | $.00 |
| | 2nd half tax | $3,670.15 | $3,670.15 | $.00 |
| | 2nd half penalty | $.00 | $.00 | $.00 |
| | 2ND HALF BALANCE | $3,670.15 | $3,670.15 | $.00 |
| **M284192-REFUSE COLLECTION** | | | | |
| | 1st half tax | $72.00 | $72.00 | $.00 |
| | 1st half SPA fee | $.72 | $.72 | $.00 |
| | 1ST HALF BALANCE | $72.72 | $72.72 | $.00 |
| | 2nd half penalty | $.00 | $.00 | $.00 |
| | 2nd half tax | $72.00 | $72.00 | $.00 |
| | 2nd half SPA fee | $.72 | $.72 | $.00 |
| | 2nd half SPA fee penalty | $.00 | $.00 | $.00 |
| | 2ND HALF BALANCE | $72.72 | $72.72 | $.00 |
| **C100300-Sewer Maintenance** | | | | |
| | 1st half tax | $46.75 | $46.75 | $.00 |
| | 1ST HALF BALANCE | $46.75 | $46.75 | $.00 |
| | 2nd half tax | $46.75 | $46.75 | $.00 |
| | 2nd half penalty | $.00 | $.00 | $.00 |
| | 2ND HALF BALANCE | $46.75 | $46.75 | $.00 |
| **C100300S-SEWER MAINTENANCE** | | | | |
| | 1st half tax | $8.25 | $8.25 | $.00 |
| | 1ST HALF BALANCE | $8.25 | $8.25 | $.00 |
| | 2nd half penalty | $.00 | $.00 | $.00 |
| | 2nd half tax | $8.25 | $8.25 | $.00 |
| | 2ND HALF BALANCE | $8.25 | $8.25 | $.00 |

| | Charges | Payments | Balance Due |
|---|---|---|---|
| Total Balance | $7,595.74 | $7,595.74 | $.00 |