**IT IS SO ORDERED.**

Dated: 22 July, 2020 12:13 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-12667-jps |
| ARLO H. HALL<br>*aka* Arlo H McGhee | CHAPTER 13 |
| | JUDGE JESSICA E. PRICE SMITH |
| BYNETTA R. HALL | |
| | Real Property Located at:<br>150 CREEKSIDE DR |
| Debtors. | MAPLE HEIGHTS, OH 44137 |

**AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE (Docket No. 111)**

This matter is before the Court pursuant to Debtors, Arlo H. Hall and Bynetta R. Hall's, ("Debtor") Objection to Notice of Mortgage Payment Change (Doc. No. 111) and Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL)'s,

("Creditor") Late Preliminary Response To Objection To Notice Of Payment Change (Doc. No.115). The parties have reached a resolution to this matter and submit the following to the Court for approval.

**Stipulation of Facts:**

Debtor executed a Promissory Note and Mortgage granted to Creditor on October 29, 2004 on the real property located at 150 Creekside Drive, Garfield Heights, Ohio 44137 ("Property"). Creditor filed Notice of Payment Change on January 27, 2020 with an effective date of April 1, 2020 which changed the Debtors' monthly payment from $1,651.54 to $2,765.84. Debtor filed an Objection to Notice of Mortgage Payment Change on April 6, 2020 to address the payment increase. Creditor filed its Response on April 30, 2020 advising it needed additional time to review its records. The issue in dispute between the parties is the calculation of taxes within the escrow statement of the Notice of Payment Change. The parties have reviewed the Objection and Response and have come to an agreement resolving the amount of the monthly mortgage payment, which each party deems to be in their best interest.

**BASED ON THE FOREGOING STATEMENT OF FACTS IT IS HEREBY ORDERED:**

1. Objection is sustained.
2. The Creditor will withdraw the Notice of Payment Change filed January 27, 2020.

**IT IS SO ORDERED.**

# # #

SUBMITTED BY:

/s/ Seth Greenhill
Seth Greenhill, Esq.
Ohio Bar # 99380
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

/s/ Jonathan I. Krainess, Esq. via e-mail approval
Jonathan I. Krainess, Esq.
Krainess Law Firm
23366 Commerce Park Suite 101-A
Beachwood, Ohio 44122
(216) 320-4357 (telephone)
(216) 320-8000 (facsimile)
jkrainess@sbcglobal.net
*Attorney for Debtor*

**COPIES TO:**

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Jonathan I. Krainess, on behalf of Debtor(s), at jkrainess@sbcglobal.net
Lauren A. Helbling, Trustee, at ch13trustee@ch13cleve.com
Seth Greenhill, on behalf of Creditor, at Seth.Greenhill@Padgettlawgroup.com