# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 17-12667-jps |
| Arlo H. Hall  *aka* Arlo H. McGhee  Bynetta R. Hall | Chapter 13 |
| Debtors. | Judge Jessica E. Price Smith |

## WITHDRAWAL OF --- (NOTICE OF MORTGAGE PAYMENT CHANGE)

U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, by and through their undersigned counsel, hereby withdraws their Notice of Mortgage Payment Change. The Agreed Order filed on 7/22/2020 states that the Notice of Payment Change filed 1/27/2020 be withdrawn.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on September 24, 2021, a true and correct copy of this Withdrawal was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jonathan I. Krainess, Debtors' Counsel
    jkrainess@sbcglobal.net

    Lauren A. Helbling, Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Arlo H. Hall, Debtor
    Bynetta R. Hall, Debtor
    150 Creekside Drive
    Maple Heights, OH 44137

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (0083702)
                                              Attorney for Creditor